## School District of Pittsburgh *v.* Trumbull Corporation, Appellant, et al.

Argued April 16, 1975. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*W. Arch Irvin, Jr.,* with him *Wayman, Irvin, Trushel & McAuley,* for appellant.

*William W. Guthrie,* for appellee.

OPINION PER CURIAM, June 24, 1975:

The court below dismissed a complaint against the Urban Redevelopment Authority of Pittsburgh because the court believed that the Redevelopment Authority was entitled to the protection of sovereign immunity under *Brown v. Commonwealth,* 453 Pa. 566, 305 A.2d 868 (1973). In a companion case filed today involving the Redevelopment Authority of Philadelphia, *Greer v. Metropolitan Hospital,* 235 Pa. Superior Ct. 266, 341 A.2d 520 (1975) we have held to the contrary.

Accordingly, the order below is reversed, and the complaint reinstated.